FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 03 2006

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

EZRA SHIMSHI; PERSONS SIMILARLY )
SITUATED, who may join as parties, )
)
Plaintiff, )
vs. ) CIVIL ACTION NO.
)
CATHY COX, SECRETARY OF STATE OF )
GEORGIA, in her official capacity; )
REPRESENTATIVES OF THE GEORGIA ) 1:06-CV-2371
HOUSE OF REPRESENTATIVES, )
in their official capacity; ) -MHS
SENATORS OF THE GEORGIA SENATE, )
in their official capacity; )
THE GOVERNOR OF THE STATE OF GEORGIA, )
in his official capacity; )
MEMBERS OF THE STATE ELECTION BOARD, )
in their official capacity, )
)
Defendants. )

## VOTING RIGHTS COMPLAINT

### PRELIMINARY STATEMENT

This action seeks declaratory relief, declaring election practices by Defendants unconstitutional. The Complaint also seeks an order enjoining election officials from violating the Constitutional rights of citizens to vote and to be elected in free and fair elections. The Complaint raises fundamental issues concerning the quality of each single vote and its impact on an election. The Court is asked to acknowledge, in its Order, the existence of Constitutional affinity between the vote, as may be construed in the Order, and its recipients.

In an election, a registered voter should have the right to cast a ballot or a vote for any number of candidates running for Office. Furthermore, candidates should have the right to receive

all the votes they are entitled to receive. The Constitution of the United States guarantees free and fair elections, which could be achieved only when each registered voter is allowed to vote for one or more candidates running for the same single Office. In a general election, for example, a register voter should be free to vote for any number of the Presidential candidates, whether there are two, three, or more running for the Office of President. That is to say, one ballot for each candidate he or she chooses to vote for. The same should apply to all elective offices, referendum, or selection by vote.

The unfair results of past elections make it clear that the Framers of the United States Constitution envisioned true equality in the exercise of the right to vote. This is what the 14th, 15th and the 19th Amendments to the Constitution have guaranteed, namely, free and fair elections.

The following demonstrate those important Constitutional issues: An American Moslem female of Chinese origin registered to vote in a general election. However, she was compelled to stay home and not vote, because she wished to vote for a Presidential candidate who was also a Moslem female of Chinese origin, but whose chance to win was slim to none. Had she been allowed to cast her one vote for each, or any number, of the Presidential candidates, she would have voted. She could have voted for her candidate and for any other candidates who might have shared some of her issues of concern. This way, her vote would have had the

2

quality and effect guaranteed by the Constitution and no candidate would have been deprived of her vote.

It is obvious that Defendants, their predecessors and other elected and appointed officials, have prevented citizens of the United States, by means of statutory enactments, regulations and rules promulgations, from exercising their Constitutional rights to vote in free and fair elections, which prevented candidates, who could have received the majority of the votes, from being elected. Many candidates, who did not have the support of the majority of the people, were elected with possible consequences, as may be illustrated in the next parable.

During WWII, Roosevelt, Stalin and Hitler agreed that the Americans, the Communists and the Nazis should rule over Europe. They decided to adapt the American style for electing the Ruler of Europe. Both Stalin and Hitler succeeded in their sinister scheme to entice ten prominent Americans, who were equally admired by most Europeans, to also run with them for Office. In the primary election, eighty percent of the votes were cast for the ten Americans, with each receiving about eight percent. <u>Only</u> twenty percent of the votes were cast for Stalin and Hitler, with each receiving about ten percent. After the run-off election - there were no more electors in Europe.

Had each of the European voters been permitted to vote for as many candidates as he or she wished, each American candidate could have received about eighty percent of the votes. Hitler and

3

Stalin would have received each no more than ten percent. Two of the American candidates would have run in the run-off election and Europe could have liberty and true sense of security.

## JURISDICTION

Plaintiff invokes the jurisdiction of this Court under 28 U.S.C. Sections 1331 and 1343.

## VENUE

Venue is proper in this Court under 28 U.S.C. Section 1391.

## PARTIES

Plaintiff is a United States citizen, he is over thirty-five years old, and he is resident of the State of Georgia.

Defendants are residents of Georgia and were elected or appointed to make laws and rules that govern election practices and procedures. At least one Defendant resides in Fulton County.

## FACTS

Plaintiff and other citizens have not been allowed to exercise their Constitutional right to vote in free and fair elections, and like past electors, future candidates will be deprived of votes they should be entitled to receive.

## CONSTITUTIONAL AND LEGAL CLAIMS

The 14th, 15th and 19th Amendments to the Constitution of the United States guarantee free and fair elections. The 14th Amendment prohibits the States from making or enforcing laws that abridge the privileges of the citizens of the United States, deprive them of liberty, or deny them of equal protection of the

4

law. The 15th Amendment states that: "The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude-", and the 19th Amendment prohibits discrimination on account of sex.

When citizens are prevented from voting freely and fairly in elections, their liberty and sense of security are at risk. When a citizen lacks of personal freedom, as to act as he, or she, chooses in previous elections, that citizen may be denied of the right to vote on account of "previous condition of servitude"

Plaintiff and other citizens have been prevented from voting in free and fair elections, because Defendants, their predecessors and other elected and appointed officials prevented free and fair elections. As a consequence, the respective Presidential candidate in the last general election, for instance, may have been deprived of votes that could have made him President.

## CLAIM FOR RELIEF

Having been prevented by Defendants from exercising his right to vote in free and fair elections, Plaintiff has been deprived of his right to cast a vote that should have the quality and the potential to effect an election as guaranteed by the Constitution of the United States. As a direct result of such voting rights violations against Plaintiff and other citizens, Plaintiff has suffered unwarranted limits on his liberty and has

incurred damage to his sense of security, which might be aggravated should such voting rights violations continue.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter an order:

(1) Declaring any statute, rule, regulation, official act or practice, which has prevented or may prevent any eligible voter from casting his or her one vote for each, or any number of candidates running for the same respective single office category, and which has denied or may deny any qualified candidate of any vote, as has been construed by this Court, he or she could have received, or may receive, is in violation of the Constitution of the United States of America;

(2) Enjoining election officials, their employees, agents, successors in office and all persons acting in concert with them, from using devices and machines, or engaging in any act or practice, which may prevent any eligible citizen from casting his or her vote for one or more candidates running for any of the respective single office categories, and which may deprive any qualified candidate of any vote, cast in compliance with this Court's Order, he or she is entitled to receive.

Plaintiff further prays for such additional relief as the interest of justice may require.

Respectfully submitted,

This the 3rd day of October, 2006.

*Ezra Shimshi*
Ezra Shimshi, pro-se

P.O. Box 421011, Atlanta, GA 30342