## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| EZRA SHIMSHI; PERSONS SIMILARLY SITUATED, who may join as parties, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | |
| CATHY COX, SECRETARY OF STATE OF GEORGIA, in her official capacity; REPRESENTATIVES OF THE GEORGIA HOUSE OF REPRESENTATIVES, in their official capacity; SENATORS OF THE GEORGIA SENATE, in their official capacity; THE GOVERNOR OF THE STATE OF GEORGIA, in his official capacity; MEMBERS OF THE STATE ELECTION BOARD, in their official capacity, | : : : : : : : : : : : : : : | CIVIL ACTION FILE NO. 1:06-CV-2371 |
| Defendants. | : : | |

## **MOTION TO DISMISS**

NOW COME the Defendants and move, in lieu of an answer pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, for dismissal of the above styled Voting Rights Complaint because it fails to state a claim cognizable by this Court as a matter of law, as explained in Defendants' Brief in Support filed concurrently herewith.

This 5th day of January, 2007.

                                  Respectfully submitted,

                                  THURBERT BAKER      033887
                                  Attorney General

                                  DENNIS DUNN          234098
                                  Deputy Attorney General

                                  STEFAN RITTER        606950
                                  Senior Assistant Attorney General

                                  s/ Calandra Almond_____
                                  Attorney Bar Number: 013605
                                  Attorney for Defendants
                                  Assistant Attorney General
                                  Department of Law
                                  40 Capitol Square, S.W.
                                  Atlanta, Georgia 30334-1300
                                  Telephone: (404) 463-1064
                                  E-mail: calmond@law.ga.gov

## **CERTIFICATE OF SERVICE**

I do hereby certify that on January 5, 2007, I electronically filed the foregoing **MOTION TO DISMISS,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing.  I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Ezra Shimshi
>P.O. Box 421011
>Atlanta, GA  30342

>s/ Calandra Almond_____
>CALANDRA ALMOND         013605
>Attorney for Defendants

Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
Phone:  (404) 463-1064
FAX:    (404) 657-9932
calmond@law.ga.gov