FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 23 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

EZRA SHIMSHI; PERSONS SIMILARLY )
SITUATED, who may join as parties, )
)
                                      Plaintiff, )
)
vs. ) CIVIL ACTION NO.
) 1:06-CV-2371MHS
CATHY COX, SECRETARY OF STATE OF )
GEORGIA, in her official capacity; )
REPRESENTATIVES OF THE GEORGIA )
HOUSE OF REPRESENTATIVES, )
in their official capacity; )
SENATORS OF THE GEORGIA SENATE, )
in their official capacity; )
THE GOVERNOR OF THE STATE OF GEORGIA, )
in his official capacity; )
MEMBERS OF THE STATE ELECTION BOARD, )
in their official capacity, )
)
                                      Defendants. )

## SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS

COMES NOW Plaintiff and supplements his response to Defendants' Motion To Dismiss, as follows:

For an election to be free and fair there must be a choice between two candidates, two sides, or two groups of candidates. This was the idea behind the two-party system. In reality it is impossible to limit the number of candidates to two for any specific office. Yet, in past elections the notion of free and fair election has been ignored and the practice of choosing one candidate from three or more candidates was forced on the people.

In a presidential election, for instance, when there is a choice between two candidates running for President, it is similar to a choice between two sides, or two groups of

candidates. In a case where there are three presidential candidates, a voter should have the right to divide the candidates in two groups - one group of one candidate and the other group of two candidates. This way, a vote for the group of one would have the same quality and equality as a vote for the group of two. The significance of such practice is that by voting for one side of this equation a voter is authorizing the votes that would be cast for the other candidate, or candidates, on the other side of the equation. Therefore, each voter may be regarded as having voted for the President-elect, whether or not he or she actually voted for him.

In past elections, when there were three or more presidential candidates, the votes cast for candidates other than for the President-elect have not been authorized by the voters who cast their votes for the President-elect. Therefore, such votes may not be regarded as votes for the President. That is why citizens could have refused to accept the President-elect as their President.

It is possible under the Plaintiff's two groups system that with a third party presidential candidate, each of the three candidates for President would receive about one-third of the votes. Yet, even in such a case, the candidate receiving the most votes should be considered as having been elected by all the voters, even though only one-third actually voted for him. Each voter would know that even if he or she did not actually vote for

all of his or her preferred candidates, because of the way he or she has divided the candidates in two groups and the choice that has been made, he or she has authorized the election of the President-elect, even if in fact he or she did not vote for him. Therefore, it is highly probable that in a general election, where there is a third party candidate for President, the voters would more likely focus their attention on whether not to vote for their last choice than on whether to vote for their first choice. In other words, most voters will probably choose to vote for their two preferred choices rather than for their first choice and the President-elect would, in fact, be of the majority and also would be regarded as President of the people and by the people.

Respectfully submitted,

*Ezra Shimshi*
Ezra Shimshi, pro-se
P.O. Box 421011
Atlanta, GA 30342

3

## CERTIFICATE OF SERVICE

I Do hereby certify that on January 23, 2007, I have mailed by United States Postal Service the

**SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS**

to the following:

CALANDRA ALMOND
Attorney for Defendants
Department of law
40 Capitol Square, SW
Atlanta, GA 30334

*Ezra Shimshi*
Ezra Shimshi
P. O. Box 421011
Atlanta, GA 30342

4