IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 15 2007

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

| | |
|---|---|
| EZRA SHIMSHI; PERSONS SIMILARLY SITUATED, who may join as parties, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 1:06-CV-2371 MHS |
| CATHY COX, SECRETARY OF STATE OF GEORGIA, in her official capacity; REPRESENTATIVES OF THE GEORGIA HOUSE OF REPRESENTATIVES, in their official capacity; SENATORS OF THE GEORGIA SENATE, in their official capacity; THE GOVERNOR OF THE STATE OF GEORGIA, in his official capacity; MEMBERS OF THE STATE ELECTION BOARD, in their official capacity, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Plaintiff and moves for judgment on the pleading pursuant to Fed. R. Civ. P. 12(c).

## BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

In his Voting Rights Complaint Plaintiff claims Constitutional voting violations by Defendants. Plaintiff asserts that the current election system abridges the voting rights of voters by preventing them to vote as they choose. Plaintiff also asserts that the current voting system deprives and has deprived candidates from having all the votes they are entitled to have. Defendants failed to deny these allegations in their pleadings. The Defendants failed to deny plaintiff's assertion that

Defendants prevented every voter from casting his or her one vote for any number of candidates running for the same office. Defendants failed to deny that they did not comply with the 14th Amendment to the Constitution that "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law." Defendants did not deny that they failed to comply with the mandate of the 15th and the 19th Amendments to the Constitution that "The right of citizens of the United States to vote shall not be denied or abridged…." Defendants also did not deny that they failed to comply with the dictate of the 26th Amendment to the Constitution.

    Having admitted the basic facts in the Complaint, Defendants have conceded, expressly or impliedly, in their pleadings that the current election system is neither free or fair. Defendants admit that in past elections candidates did not receive all the votes they are entitled to, which should have given them victory and, therefore, curtailed the liberty and sense of security of the majority of the voters. Defendants admit that violations of Constitutional rights should be remedied, or in other words, that since Defendants violated Plaintiff and other citizens the rights to vote in free and fair elections, Plaintiff's injury is injury in fact. Furthermore, Defendants failed to deny that if Plaintiff

2

does not prevail in Court his injury and the injuries of other citizens will be aggravated. Consequently, the essential allegations on which Plaintiff bears the burden of proof are admitted.

### CONCLUSION

Since Defendants failed to file an answer to the Voting Violation Complaint and, therefore, have failed to deny the essential claims in Plaintiff's Voting Rights Complaint, or otherwise have admitted the essential claims of Plaintiff in their pleadings, the Court should enter judgment on the pleadings and grants Plaintiff the requested declaratory and injunctive relief. A proposed order is attached hereto.

Respectfully submitted,

*Ezra Shimshi*
Ezra Shimshi, pro-se
P.O. Box 421011
Atlanta, GA 30342

**CERTIFICATE OF SERVICE**

I Do hereby certify that on _February 15_, 2007, I have mailed by United States Postal Service the

**MOTION FOR JUDGMENT ON THE PLEADINGS**

to the following:

CALANDRA ALMOND
Attorney for Defendants
Department of law
40 Capitol Square, SW
Atlanta, GA 30334

*Ezra Shimshi*
Ezra Shimshi
P. O. Box 421011
Atlanta, GA 30342

4