RECEIVED IN CLERK'S OFFICE
U.S.D.

FEB 15 2007

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

EZRA SHIMSHI; PERSONS SIMILARLY )
SITUATED, who may join as parties, )
                                  )
                    Plaintiff,    )
        vs.                       )   CIVIL ACTION NO.
                                  )
CATHY COX, SECRETARY OF STATE OF  )   1:06-CV-2371 MHS
GEORGIA, in her official capacity;)
REPRESENTATIVES OF THE GEORGIA    )
HOUSE OF REPRESENTATIVES,         )
in their official capacity;       )
SENATORS OF THE GEORGIA SENATE,   )
in their official capacity;       )
THE GOVERNOR OF THE STATE OF GEORGIA, )
in his official capacity;         )
MEMBERS OF THE STATE ELECTION BOARD, )
in their official capacity,       )
                                  )
                    Defendants.   )

## ORDER

Upon consideration of Plaintiff's Motion For Judgment On The Pleadings, Defendants' response thereto, the legal issues presented by the parties and the entire record in this case, it is this ___ day of _____, 2007.

**ORDERED THAT:**

(1) Plaintiff's Motion For Judgment On The Pleading is **GRANTED;**

(2) Plaintiff's request for declaratory judgment is **GRANTED.** Any statute, rule, regulation, official act or practice,

which has prevented or may prevent any eligible voter from casting his or her one vote for each, or any number of candidates running for the same respective single office category, and which has denied or may deny any qualified candidate of any vote, as has been construed by this Court, he or she could have received, or may receive, is in violation of the Constitution of the United States of America;

(3) Plaintiff's request for permanent injunctive relief is **GRANTED**. Election officials, their employees, agents, successors in office and all persons acting in concert with them are permanently enjoined from using devices and machines, or engaging in any act or practice, which may prevent any eligible citizen from casting his or her vote for one or more candidates running for any of the respective single office categories, and which may deprive any qualified candidate of any vote, cast in compliance with this Court's Order, he or she is entitled to receive.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE