IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| EZRA SHIMSHI; PERSONS SIMILARLY SITUATED, who may join as parties,<br><br>    Plaintiff,<br><br>v.<br><br>CATHY COX, SECRETARY OF STATE OF GEORGIA, in her official capacity; REPRESENTATIVES OF THE GEORGIA HOUSE OF REPRESENTATIVES, in their official capacity; SENATORS OF THE GEORGIA SENATE, in their official capacity; THE GOVERNOR OF THE STATE OF GEORGIA, in his official capacity; MEMBERS OF THE STATE ELECTION BOARD, in their official capacity,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:06-CV-2371 |

## RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

    Plaintiff argues that he is entitled to a Motion for Judgment on the Pleadings because Defendants have not yet filed an answer.  However, Plaintiff is clearly not entitled to a Motion for a Judgment on the Pleadings because Defendants timely filed a Motion to Dismiss in response to his Complaint on January 5, 2007 pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure.  While Rule

12(a)(1) provides that in most cases an answer is to be filed either 20 days after service of the summons and complaint or sixty days after the date of a waiver request where service has been waived, Rule 12 (a)(4) of the Federal Rules extends the time period for filing an answer in the event a motion to dismiss is filed. Rule 12 (a)(4) provides as follows:

> Unless a different time is fixed by court order, *the service of a motion permitted under this rule alters these periods of time as follows*:
> (A) if the court denies the motion or postpones its disposition until the trial on the merits, the responsive pleading shall be served within 10 days after notice of the court's action; or
> (B) if the court grants a motion for a more definite statement, the responsive pleading shall be served within 10 days after the service of the more definite statement.

(Emphasis added).

Thus, Rule 12 (a)(4) extends the time for filing an answer until ten days from the date this Court rules upon Defendants' Motion to Dismiss pursuant to Rule 12 (b)(6). Given that this Court has not ruled upon Defendants' Motion to Dismiss, Plaintiff's Motion for Judgment on the Pleadings is (at a minimum) premature.

In any event, Plaintiff's complaint does not state sufficient facts supporting his requested relief. Instead, Plaintiff's complaint consists almost entirely of vague, conclusory statements and illustrations alleging that Georgia's current voting system violates voters' constitutional rights. The only facts that Plaintiff

has provided in his voting complaint are 1) Plaintiff is a United States citizen and Georgia resident over the age of thirty-five; 2) Defendants are Georgia residents who were elected or appointed to make laws concerning elections; and 3) at least one Defendant resides in Fulton County.  These facts do not support the sweeping, fundamental changes in the Georgia voting system even if accepted as true.

For the foregoing reasons, Plaintiff's Motion for Judgment on the Pleadings should be denied.

### Certification of Font and Point Size

Pursuant to Local Rule 7.1(D), by signature below, counsel certify that the foregoing pleading was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1B.

This 21st day of February, 2007.

Respectfully submitted,

THURBERT BAKER          033887
Attorney General

DENNIS DUNN             234098
Deputy Attorney General

STEFAN RITTER           606950
Senior Assistant Attorney General

s/ Calandra Almond
CALANDRA ALMOND
Attorney Bar Number:  013605
Attorney for Defendants
Assistant Attorney General
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 463-1064
E-mail: calmond@law.ga.gov

# CERTIFICATE OF SERVICE

I do hereby certify that on February 21, 2007, I electronically filed the foregoing **RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing.  I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Ezra Shimshi
>P.O. Box 421011
>Atlanta, GA  30342

>s/ Calandra Almond
>CALANDRA ALMOND        013605
>Attorney for Defendants

Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
Phone:  (404) 463-1064
FAX:    (404) 657-9932
calmond@law.ga.gov